FILED
GREAT FALLS D

2008 APR 14  PM 12 10

PATRICK E. DUFFY, CLERK
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| TROY JOHNSON,<br><br>                          Plaintiff,<br><br>vs.<br><br>ARAMARK; CASCADE COUNTY, d/b/a<br>Cascade County Regional Prison,<br><br>                        Defendants. | No. CV 07-25-GF-SEH<br><br>**ORDER** |

       On October 23, 2007, United States Magistrate Judge Keith Strong entered his Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

       Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Document No. 9

ORDERED:

1.  Plaintiff's Complaint[2] is DISMISSED without prejudice as Plaintiff failed to keep the Court informed of his current mailing address. L.R. 5.5(b).

2.  Any appeal from this disposition will not be taken in good faith as the record is clear that Plaintiff failed to keep the Court informed of his current mailing address as required under L.R. 5.5(a). Fed. R. App. P. 24(a)(3).

The Clerk of Court is directed to enter judgment accordingly.

DATED this __14__ day of April, 2008.

SAM E. HADDON
United States District Judge

---

[2] Document No. 1